Dennis N. PIXTON, Plaintiff–Appellant,

v.

B & B PLASTICS, INC. (doing business as Gambler), Michael Surman, and Russell Bringger, Defendants–Appellees.

Dennis N. Pixton, Plaintiff–Appellee,

v.

B & B Plastics, Inc. (doing business as Gambler), Michael Surman, and Russell Bringger, Defendants–Appellants.

No. 01–1012, 01–1103.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2001.

ON MOTION

ORDER

B & B Plastics, Inc. et. al. move to reactivate appeal no. 01–1012 and to dismiss voluntarily their appeal, no. 01–1103.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) Each side shall bear its own costs with respect to 01–1103.

(3) The revised official caption for 01–1012 is reflected above.

(4) If Dennis N. Pixton wishes to file a reply brief, it is due within 14 days of the date of filing of this order.